IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PHILLIP C. WEST; ET. AL.                                          PLAINTIFFS

V.                                CIVIL ACTION NO. 5:15-cv-46-KS-MTP

NATCHEZ, MISSISSIPPI, ET. AL.                                     DEFENDANTS

PLAINTIFFS' REPLY TO
DEFENDANT'S RESPONSE IN OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>

Come Now, plaintiffs, by and through counsel of record, pursuant to L. U. Civ. R. 7(b)(4) and file this reply to defendants' response in opposition to plaintiffs' motion for preliminary injunction and in support thereof would show as follow:

1. Plaintiffs elect not to file a reply pursuant to L.U. Civ. R. 7(b)(4), but reserve the right to submit an affidavit from each plaintiff stating their ward number.

2. Further, plaintiffs request to the Court to make its decision based on the information before the Court, after plaintiffs provide the court with evidence as to each plaintiff's physical address and ward number.

SO REPLIED, this the 11th day of August, 2015.

                                             Respectfully submitted,

                                             PHILLIP C. WEST, ET. AL.,
                                             Plaintiffs

                                   By:  <u>/s/Ellis Turnage</u>
                                        ELLIS TURNAGE, Attorney for
                                        Plaintiffs

OF COUNSEL:

ELLIS TURNAGE, MSB #8131
TURNAGE LAW OFFICE
108 North Pearman Avenue
Post Office Box 216
Cleveland, Mississippi 38732-0216
Tel: (662) 843-2811
Fax: (662) 843-6133
eturnage@etlawms.com

CERTIFICATE OF SERVICE

    I, ELLIS TURNAGE, the undersigned attorney, do hereby certify that I have this day filed the plaintiffs' reply to defendant's response in opposition to plaintiffs' motion for preliminary injunction with the United States District Court for the Northern District of Mississippi via the PACER/ECF system, which has sent notice to the following ECF participant:

    Hon. J. Chadwick Mask
    cmask@cwplaw.com

    THIS, the 11th day of August, 2015.

                                                                /s/Ellis Turnage
                                                                 ELLIS TURNAGE